IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ZAVIEN CANADA, | ) | |
| Petitioner, | ) | Civil Action No. 7:15cv00360 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| CHARLES RATLEDGE, | ) | United States District Judge |
| Respondent. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that respondent's motion for summary judgment (Dkt. No. 9) is GRANTED, and this action is STRICKEN from the active docket.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to all counsel of record and to Mr. Canada, petitioner.

Entered: October 3, 2016.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge